UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOROTHY D. GEORGE,

          Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

          Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 1545 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 27 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on September 26, 2005, remanding the matter to allow the Administrative Law Judge to further develop the record and thereafter making findings in accordance with this Memorandum and Order dated September 23, 2005; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the matter is remanded to allow the Administrative Law Judge to further develop the record and thereafter making findings in accordance with this Memorandum and Order dated September 23, 2005.

Dated: Brooklyn, New York
         September 26, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court